■ JESSE L. WIENER, Appellant, v. LONG ISLAND DAILY PRESS PUBLISHING CO., INC., Respondent.— In an action to recover damages for libel, the appeal is from an order granting a motion for summary judgment dismissing the amended complaint and from the judgment entered thereon. Order and judgment reversed, with $10 costs and disbursements, and motion denied. The article published by respondent, and the portion thereof relied on by appellant, is fairly susceptible of the interpretation that appellant effected a reconciliation with his wife because his " number was coming up in the draft ", a charge which would constitute libel per se. Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ XYX REALTY CORP., Respondent, v. BARRY FEDERMAN, Appellant.— Appeal (1) from an order granting respondent's motion for partial summary judgment striking out the answer to the fourth cause of action alleged in the complaint, and (2) from the judgment entered thereon. In the fourth cause of action the respondent sought to recover $2,500 paid by check on account of a contract for the purchase of real property. Payment of the check had been stopped. Order and judgment reversed, with one bill of $10 costs and disbursements, and motion denied. In our opinion, the affidavits raise triable issues of fact. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

## (December 21, 1959)

■ BERTHA L. HUNTER, as Administratrix of the Estate of JAMES HUNTER, Deceased, Appellant, v. 1001 TENANTS CORPORATION et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ In the Matter of FRANCES A. NICKEL, Individually, and as Administratrix of the Estate of MARY A. BISCARDI, Deceased, Respondent, against CITY OF NEW YORK et al., Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ In the Matter of LOUIS GRAYNOR, an Attorney, Respondent.— Motion to confirm the report of the Official Referee granted to the extent of suspending respondent from the practice of the law for a period of one year. Motion to modify the report of the Official Referee and for other relief denied. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.

■ In the Matter of GENE HOWARD, an Attorney, Respondent.— Motion to confirm the report of the Official Referee granted to the extent of suspending respondent from the practice of the law for a period of one year. Motion to modify the report of the Official Referee and for other relief denied. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.

■ In the Matter of FREDERICKA A. JUAREZ, by Her Guardian ad Litem JEAN L. INGRAM, Appellant. GREGG G. JUAREZ, Respondent.— Motion for leave to appeal to the Court of Appeals and for other relief denied. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.

■ In the Matter of JOSEPH J. REICH, Appellant, against ANTHONY J. Bosco et al., Individually and as Members of the Board of Elections and the Board of Canvassers of Putnam County, et al., Respondents. In the Matter of EMIL BUECHEL, Appellant, against ANTHONY J. Bosco et al., Individually and as Members of the Board of Elections and the Board of Canvassers of Putnam